**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUN 29 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05CR158-F |
| ) | [18 USC 1028(a)(6); |
| MARIO TRUJILLO-HERNANDEZ ) | 18 USC 1546(a); |
| ) | 42 USC 408(a)(7)(b); |
| ) | 18 USC 1546(b)(2)] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about May 2, 2005, in the Middle District of Alabama,

MARIO TRUJILLO-HERNANDEZ,

defendant herein, did knowingly possess an identification document, a Social Security card, that appeared to be an identification document of the United States, which was produced without lawful authority, knowing that such document was produced without such authority, in violation of Title 18, United States Code, Section 1028(a)(6).

## COUNT 2

On or about February 11, 2005, in the Middle District of Alabama,

MARIO TRUJILLO-HERNANDEZ,

defendant herein, did knowingly utter, use, and attempt to use an alien registration receipt card and other document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, falsely made and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

COUNT 3

On or about February 11, 2005, in the Middle District of Alabama,

MARIO TRUJILLO-HERNANDEZ,

defendant herein, did knowingly and with intent to deceive, falsely represent a number to be the Social Security account number assigned to him by the Secretary when in fact such is not the Social Security account number assigned to him by the Secretary, in violation of Title 42, United States Code, Section 408(a)(7)(b).

COUNT 4

On or about February 11, 2005, in the Middle District of Alabama,

MARIO TRUJILLO-HERNANDEZ,

defendant herein, did use an identification document knowing, and having reason to know, that the document is false for the purpose of satisfying a requirement of Section 274A(b) of the Immigration and Nationality Act, in violation of Title 18, United States Code, Section 1546(b)(2).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Susan R. Redmond
Assistant United States Attorney

2