Case 2:05-cr-00158-MEF-CSC   Document 3   Filed 07/01/2005   Page 1 of 1

AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ District of _____ ALABAMA _____

UNITED STATES OF AMERICA

V.

MARIO TRUJILLO-HERNANDEZ
Horry County Jail
Conway, South Carolina

**WARRANT FOR ARREST**

Case Number: 2:05cr158-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MARIO TRUJILLO-HERNANDEZ _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X  Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

Knowingly possess a Social Security Card that was produced without lawful authority (1 count)
Knowingly utter, use and attempt to use an alien registration receipt card knowing it to be forged (1 count)
Knowingly and with intent to deceive, falsely represent a number to be the Social Security Number assigned to him (1 count)
Use of an identification document knowing that the document is false (1 count)

in violation of Title _____ 18 _____ United States Code, Section(s) __ 1028(a)(6); 1546(a); 1546 (b)(2) and 42:408(a)(7)(b) __

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer

*(signature)*
Signature of Issuing Officer

July 1, 2005 - Montgomery, AL
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |