# COURTROOM DEPUTY'S MINUTES
# MIDDLE DISTRICT OF ALABAMA

**DATE:** 8/17/05
**DIGITAL RECORDING:** 10:10 - 10:18
**COURT REPORTER:** RISA ENTREKIN

| x ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ CONSENT PLEA |
|---|---|---|
| ☐ RULE 44(c) HEARING | ☐ SENTENCING | |

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:05cr158-F   **DEFENDANT NAME:** Mario Trujillo-Hernandez
**AUSA:** Tommie Hardwick   **DEFENDANT ATTORNEY:** Kevin Butler
**PTSO:**   Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( x ) appointed at arraignment; ( ) standing in for: _____
**USPO:**

Defendant ( x )does; ( )does NOT need an interpreter
Interpreter present? ( )NO; ( x )YES   Name: Beverly Childress
**DISCOVERY DISCLOSURE DATE:** August 18, 2005

---

☒ This is defendant's **FIRST APPEARANCE.**
☒ **FINACIAL AFFIDAVIT EXECUTED.** ☒ *ORAL MOTION FOR APPT OF COUNSEL*
☒ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☒ Not Guilty   ☐ Nol Contendere
☐ Not Guilty by reason of insanity
☐ Guilty as to:
   ☐ Count(s):
   ☐ Count(s):   ☐ dismissed on oral motion of USA
      ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ ORDERED SEALED
☐ _____ Days to file pretrial motions
☒ November 7, 2005 Trial date or term
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
   ☐ Trial on _____; ☐ Sentencing on _____
☒ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ☐ Posting a $_____ bond;
   x Trial on 11/7/05; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
      ☐ Defendant requests time to secure new counsel
☐ **WAIVER** of Speedy Trial. **CRIMINAL TERM:** 11/7/05