**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr158-F |
| | ) | |
| **MARIO TRUJILLO-HERNANDEZ** | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL
TO NOVEMBER 7, 2005, TRIAL TERM**

COMES NOW the Defendant, Mario Trujillo-Hernandez, by and through undersigned counsel, Jennifer A. Hart, and moves this Court to continue this case from the October 12, 2005 trial term to the November 7, 2005, trial term. In support of this motion, Defendant would show the following:

1. On June 29, 2005, Mr. Trujillo-Hernandez was charged with unlawful possession and use of an identification document in violation of 18 U.S.C. §§1028(a)(6), 1546(a), 42 U.S.C. § 408(a)(7)(b) and 18 U.S.C. § 1546(b)(2).

2. The Court originally scheduled this case for trial on the October trial term so as to comply with the Speedy Trial Act.

3. Mr. Trujillo-Hernandez has no objection to continuing this case to the assigned Judge's next trial docket of November 7, 2005, and therefore a waiver of speedy trial was filed with this Court on September 7, 2005.

4. The United States, through Assistant United States Attorney, Susan Redmond, has no opposition to this requested continuance.

WHEREFORE, for the foregoing reasons, Mr. Trujillo-Hernandez respectfully requests that his trial date be continued from the presently scheduled date of October 12, 2005 to the

November 7, 2005 trial term.

                        Respectfully submitted,

                        <u>s/Jennifer A. Hart</u>
                        **JENNIFER A. HART**
                        FEDERAL DEFENDERS
                        MIDDLE DISTRICT OF ALABAMA
                        201 Monroe Street, Suite 407
                        Montgomery, AL 36104
                        Phone: (334) 834-2099
                        Fax: (334) 834-0353
                        jennifer_hart@fd.org
                        AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan Redmond, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                Respectfully submitted,

                                s/Jennifer A. Hart
                                **JENNIFER A. HART**
                                FEDERAL DEFENDERS
                                MIDDLE DISTRICT OF ALABAMA
                                201 Monroe Street, Suite 407
                                Montgomery, AL 36104
                                Phone: (334) 834-2099
                                Fax: (334) 834-0353
                                jennifer_hart@fd.org
                                AL Bar Code: HAR189