**COURTROOM DEPUTY MINUTES**          **DATE :   SEPTEMBER 19, 2005**

**MIDDLE DISTRICT OF ALABAMA**        **DIGITAL RECORDED:  1:28 - 1:28**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER:   2:05CR158-F-C**     **DEFENDANT NAME: MARIO TRUJILLO-HERNANDEZ**

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  SUSAN REDMOND | ATTY. JENNIFER HART |

√  **DISCOVERY STATUS: NONE.**

√ **PENDING MOTION STATUS: NONE**

√  **PLEA STATUS: POSSIBLE PLEA**

√  **TRIAL STATUS:   WILL TAKE 2 DAY FOR TRIAL.**

❏  **REMARKS:**