IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:05cr158-F |
| ) | |
| MARIO TRUJILLO-HERNANDEZ ) | |

**ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #17) filed on October 20, 2005, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **October 27, 2005**, at **11:00 a.m.,** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter and an interpreter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 21st day of October, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE