**COURTROOM DEPUTY MINUTES**  DATE: __10/27/05__   FTR RECORDING: __10:59 - 11:20__

**MIDDLE DISTRICT OF ALABAMA**         COURT REPORTER: __JIMMY DICKENS__

☐ ARRAIGNMENT     √ CHANGE OF PLEA     ☐ CONSENT PLEA

☐ RULE 44(c) HEARING     ☐ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: _CHRLES S. COODY_ | DEPUTY CLERK: __WANDA STINSON__ |
| CASE NUMBER: _2:05CR158-F-CSC_ | DEFENDANT NAME: __MARIO TRUJILLO-HERNANDEZ__ |
| AUSA: __SUSAN REDMOND__ | DEFENDANT ATTY: __JENNIFER HART__ |
| USPO: __DWAYNE SPURLOCK__ | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (√) CDO |
| Defendant __√__ does ____ does NOT need and interpreter. | |
| Interpreter present? ____ NO __√__ YES    Name: __BEVERLY CHILDRESS__ | |

☐ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity

   √ Guilty as to:   √ Count(s) __2, 3, 4__   of the Indictment.

   √ Count(s) __1__   ☐ dismissed on oral motion of USA;

   √ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered. √ Written plea agreement filed. ☐ **OPEN/ORAL** Plea Agreement.

   ☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

☐ **ORDER:** Defendant Continued under ☐ Same Conditions/Bond imposed ; ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____ ; ☐ Sentencing on _____ ; ☐ To be set by Separate Order

√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ☐ Trial on _____ ; or √ Sentencing on _____ √ set by separate Order.