# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:   1/6/06           AT:   9:05 a.m.
DATE COMPLETED:   1/6/06           AT:   9:20 a.m.

UNITED STATES OF AMERICA   §
vs.                        §   CR. NO. 2:05CR158-F
                           §
MARIO TRUJILLO-HERNANDEZ   §

_____GOVERNMENT_____ APPEARANCES:          DEFENDANT
Clark Morris                                          Jennifer Hart

COURT OFFICIALS PRESENT:

Barbara Wells, Law Clerk                Beverly Childress, Interpreter
Kelli Gregg, Courtroom Clerk            Jakki Caple, USPO
Jimmy Dickens, Court Reporter

COURTROOM PROCEEDINGS:

( X )  **Sentencing**

| | |
|---|---|
| 9:05 a.m. - | Court convenes. |
| | Interpreter is given the oath and sworn in with the Court. |
| | Defense counsel states the terms of the plea agreement to the Court. |
| | The Court sentences defendant and advises him of his right to an appeal. |
| | Defendant is remanded to the custody of the U.S. Marshal. |
| | Government Motions the Court to Dismiss Count 1 of the Indictment. |
| | Court GRANTS Government's Motion to Dismiss Count 1. |
| 9:20 a.m. - | Court is in recess. |